**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| GERALD ELMER NAPOUK, individually, and as Co-Special Administrator of the Estate of Lloyd Gerald Napouk; MARY NAPOUK, individually, and as Co-Special Administrator of the Estate of Lloyd Gerald Napouk; FREDRICK WAID, as Co-Special Administrator of the Estate of Lloyd Gerald Napouk, | No. 23-15726 <br><br> D.C. No. 2:20-cv-01859-JCM-BNW |
| *Plaintiffs-Appellants*, <br><br> v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; BUFORD KENTON; CAMERAN GUNN, | |
| *Defendants-Appellees*. | |

Filed March 26, 2025

Before: Ryan D. Nelson, Lawrence VanDyke, and Gabriel P. Sanchez, Circuit Judges.

# ORDER

Judge Nelson and Judge VanDyke voted to deny the petition for rehearing en banc. Judge Sanchez voted to grant the petition. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. Appellants' petition for rehearing en banc (Dkt. No. 46) is thus **DENIED**.